Bankr. S.D.N.Y. - N.Y.C.
09-bk-50026
09-ap-00504
Gerber, Bankr. J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of June, two thousand thirteen.

Present:
> Ralph K. Winter,
> Peter W. Hall,
> Gerard E. Lynch,
> > *Circuit Judges*.

Official Committee of Unsecured Creditors of
Motors Liquidation Company,

*Petitioner*,

v.                                                                 13-1276

JP Morgan Chase Bank, N.A.,

*Respondent*.

Petitioner, through counsel, moves pursuant to 28 U.S.C. § 158 for leave to appeal directly to this Court from an order of the bankruptcy court granting summary judgment in an adversary proceeding to Respondent. Upon due consideration, it is hereby ORDERED that the motion for leave to appeal to this Court is GRANTED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/05/2013